660

No. 609. COHEN, TRADING AS STEWART'S JEWELRY SHOP v. GLOBE INDEMNITY Co. February 5, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Horace S. Whitman* for petitioner. *Mr. Edward H. Cushman* for respondent.

No. 611. LUZIERS', INC. v. NEE, COLLECTOR OF INTERNAL REVENUE. February 5, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. John B. Gage* and *Albert F. Hillix* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key, Arnold Raum,* and *F. E. Youngman* for respondent.

No. 612. LEWIS v. VENDOME BAGS, INC. February 5, 1940. Petition for writ of certiorari to the Circuit Court of Appeal for the Second Circuit denied. *Messrs. Samuel E. Darby, Jr.* and *Walter A. Darby* for petitioner. *Mr. Michael Halperin* for respondent.

No. 616. SEVERSON v. HANFORD TRI-STATE AIRLINES, INC., ET AL. February 5, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. S. W. Jensch* for petitioner. *Messrs. Wilfrid E. Rumble* and *Pierce Butler, Jr.,* for respondents.

No. 619. HARDONCOURT v. HARDONCOURT. February 5, 1940. Petition for writ of certiorari to the Supreme Court of New York denied. *Arthur Hardoncourt, pro se.*

*Mr. James W. Bailey* for respondent.

No. 623. PORT OF SEATTLE *v.* FIDELITY & DEPOSIT COMPANY OF MARYLAND. February 5, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Glenn J. Fairbrook* and *George Donworth* for petitioner. *Mr. Loren Grinstead* for respondent.

No. 586. WILLIAMS *v.* ALDREDGE, SHERIFF. February 5, 1940. Petition for writ of certiorari to the Supreme Court of Georgia denied. *Mr. Elbert P. Tuttle* for petitioner. *Mr. A. S. Skelton* for respondent.

No. 594. DUNHAM *v.* OMAHA & COUNCIL BLUFFS STREET RAILWAY Co. February 5, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Harry Cole Bates* for petitioner. *Mr. Joseph M. Hartfield* for respondent.

No. 685. MURPHY *v.* WARDEN OF CLINTON STATE PRISON. February 12, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Joseph G. M. Browne* for petitioner. *Messrs. John J. Bennett, Jr.,* Attorney General of New York, and *Henry Epstein,* Solicitor General, for respondent.